FILED BY ___ D.C.

05 SEP -1 PM 3: 57

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

2005 APR 21 PM 2: 36

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

PATRICK RITCHIE,

    Plaintiff,

v.

CORVEL CORPORATION, a California Corporation,

    Defendant.

Case No. C04-985 TSZ
Western District of Washington

Western District of Tennessee
Docket No. 05 MC-018

## SEDGWICK CMS' MOTION TO STRIKE ITS MOTION TO QUASH DEPOSITION SUBPOENA

COMES NOW, Sedgwick CMS ("Sedgwick CMS"), by and through counsel, and files this Motion to Strike its Motion To Quash Deposition Subpoena in this matter. It appears that parties have settled this matter and, therefore, the deposition of a Sedgwick CMS is no longer necessary. *See Ex. A.* Therefore, Sedgwick CMS respectfully asks that this Court strike as moot its motion to quash the deposition subpoena filed on March 25, 2005 in this matter.

Respectfully submitted,

**GLANKLER BROWN, PLLC**
1700 One Commerce Square
Memphis, Tennessee 38103
(901) 525-1322

By: _____
Patrick T. Burnett (#19992)
Don L. Hearn, Jr. (#22837)

Attorneys for Sedgwick CMS

**MOTION GRANTED**
DATE: August 30, 2005

_____
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and /or 79(a) FRCP on _____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion and supporting memorandum to quash deposition subpoena was mailed, postage prepaid, this 21st day of April, 2005 to Kimberly M. Meyers at Lane, Powell, Spears, Lubersky, LLP, 1420 Fifth Avenue, Suite 1400, Seattle, Washington, 98101 and Jennifer M. Fellabaum at Savitt & Bruce LLP, 1325 Fourth Avenue, Suite 1410, Seattle, Washington, 98101-2509.

*[signature]*

## CERTIFICATE OF CONSULTATION WITH COUNSEL

I hereby certify, under penalty of perjury, that I have consulted with counsel for Plaintiff with respect to the issues contained in this motion, and counsel for Plaintiff does not object to Sedgwick's motion to strike.

*Lawyers*

March 30, 2005

Mr. Don L. Hearn, Jr.
Glankler Brown, PLCC
One Commerce Square, 17th Floor
Memphis, TN 38103-2566

    Re:   *Ritchie v. CorVel Corporation*

Dear Mr. Hearn:

    Per our telephone conversation this morning, Ms. Ritchie and the CorVel Corporation settled the above-captioned lawsuit and will not need to take the deposition of a corporate representative of Sedgwick Claims Management Services, Inc. on April 5, 2005. We thus request that Sedgwick strike its motion to quash the deposition subpoena, and provide us a copy of your motion to strike after it has been filed.

    Thank you for your assistance in this matter.

                                                  Yours truly,

                                                  Jennifer M. Fellabaum

JMF:ed

cc:    Ms. Karin Valaas
        Ms. Kimberly Meyers



Puget Sound Plaza 1325 Fourth Avenue Suite 1410   SEATTLE, WA 98101-2509
Tel 206 749 0500 Fax 206 749 0600 sb@jetcitylaw.com

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-MC-00018 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

David Bruce
SAVITT & BRUCE LLP
1325 Fourth Avenue suite 1410
Seattle, WA 98101--250

Jennifer M. Fellabaum
SAVITT & BRUCE
1325 Fourth Avenue suite 1410
Seattle, WA 98101--250

Sedgwick CMS
,

Don L Hearn
GLANKER BROWN
One Commerce Square
Ste 1700
Memphis, TN 38103

Patrick T. Burnett
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT